

| | | | |
|---|---|---|---|
| 2017AP823–W, 2017AP824–W | David D. Ramage v. Ronald Malone | Denied | 07/11/2017 |
| 2017AP1172–OA | John F. Wright, Jr. v. Court of Appeals, District IV | Denied | 07/11/2017 |